UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>        Plaintiff,<br><br>    v.<br><br>KATHLEEN ALLISON, et al.,<br><br>        Defendants. | No. 2:21-cv-0509 AC P<br><br><br>ORDER |

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed October 12, 2021, the court screened the complaint and found that plaintiff's excessive force claim against defendants Lujan and Chima stated a claim while his claims against defendants Cabrera, Blas, Chavez, Buckley, Garcia, Pierce, Bales, Sabala, and Allison were insufficient. ECF No. 8. Plaintiff was given the option of amending the complaint or proceeding immediately on his claims against defendants Lujan and Chima. Id. at 11. He was advised that a decision to proceed without amending the complaint would be considered a voluntary dismissal without prejudice of his claims against Cabrera, Blas, Chavez, Buckley, Garcia, Pierce, Bales, Sabala, and Allison. Id. Plaintiff has now returned the form notifying the court that he would like to proceed on the complaint as amended. ECF No. 12. However, he has altered the form to include "Damages $7500." Id. It is unclear whether plaintiff is attempting to amend the complaint to add damages; preserve or dismiss damages against defendants Cabrera,

1

Blas, Chavez, Buckley, Garcia, Pierce, Bales, Sabala, and Allison; or take some other action. The notice will therefore be disregarded and plaintiff will be required to resubmit the election form without any amendments. Plaintiff may either proceed on the complaint as screened or amend the complaint. Any attempt to amend the form will be construed as an election to amend the complaint. Failure to return the form will be construed as an election to proceed on the complaint as screened and will result in a recommendation that the claims against defendants Cabrera, Blas, Chavez, Buckley, Garcia, Pierce, Bales, Sabala, and Allison be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of service of this order, plaintiff shall complete and return the attached form notifying the court whether he wants to proceed on the screened complaint or whether he wants to file a first amended complaint.

DATED: November 2, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-0509 AC P<br><br><br>PLAINTIFF'S NOTICE ON HOW TO PROCEED |

Check one:

_____ Plaintiff wants to proceed immediately on his excessive force claim against defendants Lujan and Chima without amending the complaint. Plaintiff understands that by going forward without amending the complaint he is voluntarily dismissing without prejudice his claims against defendants Cabrera, Blas, Chavez, Buckley, Garcia, Pierce, Bales, Sabala, and Allison pursuant to Federal Rule of Civil Procedure 41(a).

_____ Plaintiff wants to amend the complaint.

DATED:_____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　John Hardney
　　　　　　　　　　　　　　　　　　　　　Plaintiff pro se

1