UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>         Plaintiff,<br><br>    v.<br><br>KATHLEEN ALLISON, et al.,<br><br>         Defendants. | No. 2:21-cv-509 TLN AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to dismiss this case without prejudice. ECF No. 30. Since defendants have neither answered the complaint nor filed a motion for summary judgment, plaintiff does not require leave of the court to dismiss this action and this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a). All pending matters are vacated.

IT IS SO ORDERED.

DATED: April 28, 2022

                                                          /s/ Allison Claire
                                                          ALLISON CLAIRE
                                                          UNITED STATES MAGISTRATE JUDGE